UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)   3:09-md-02100-DRH<br> <br>  MDL No. 2100 |

This Document Relates To:

    *Heather Haynes v. Bayer Schering Pharma AG, et al.*    No. 3:10-cv-12794-DRH

    *Patricia Cassel v. Bayer Schering Pharma AG, et al.*    No. 3:10-cv-12897-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 7, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                             NANCY J. ROSENSTENGEL,
                                                             CLERK OF COURT

                                                             BY:   /s/*Sara Jennings*
                                                                      Deputy Clerk

Dated:  August 7, 2013

APPROVED:

        Digitally signed by David R. Herndon
        Date: 2013.08.07 16:12:00 -05'00'

        CHIEF JUDGE
        U. S. DISTRICT COURT